UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WARREN FRANCOIS et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2003** |
| **UNITED PROPERTY AND CASUALTY INSURANCE CO.** | **SECTION: "G"(1)** |

# ORDER

Considering Plaintiffs' "Motion to Dismiss with Prejudice,"[1]

**IT IS HEREBY ORDERED** that Plaintiffs' claims in the above captioned matter are **DISMISSED WITH PREJUDICE,** with each party to bear their own costs.

**NEW ORLEANS, LOUISIANA** this __1st__ day of June, 2023.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 17.